IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTHERN CALIFORNIA
(James M. Carter and Judith N. Keep Courthouse, 333 West Broadway
San Diego, CA 92101)

FILED
Nov 13 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ DimitriEnglish DEPUTY

Presidential Candidate Number P60005535 )
"also known as" (aka) Ronald Satish Emrit, )
& Presidential Committee/Political Action )
Committee/Separate Segregated Fund (SSF) )
Number C00569897 d/b/a United )
Emrits of America )
Plaintiffs (Pro Se) )
) C. A. No.: '25CV3139 LL DDL
v. )
)
Wikipedia Search Engine, Wikimedia, )
Google Search Engine Artificial Intelligence )
(AI)/Algorithm, ChatGPT, OpenAI, )
Nvidia, YouTube Search Engine, NASDAQ, )
New York Stock Exchange (NYSE), )
Standard & Poor's 500 (S&P 500), )
Dow Jones Industrial Average (DJIA), )
Defendants, )

*****************************************************************

## COMPLAINT

COMES NOW, the plaintiff Ronald Satish Emrit, who is bringing forth this complaint for $80,000 (eighty-thousand dollars) and also looking for the equitable remedy of an injunction and/or declaratory judgment pursuant to Rules 65 and 57 of Federal Rules of Civil Procedure (FRCP) regarding the commission of certain

commercial torts amounting to **industrial espionage, public nuisance, and negligence**. In bringing forth this complaint, the plaintiff states, avers, and alleges the following

## I.) NATURE OF THE CASE

1.) On or around Christmas of 2022, the plaintiff filed an IC3 complaint on FBI website about Wikipedia search engine returning unexpected results when the plaintiff was searching for a movie **"1967" by AJ Rose**.

2.) In addition, the plaintiff has filed **IC3 complaints about the Google search engine** making inappropriate suggestions when the plaintiff is looking for the key words and/or phrase "How to contact…(a certain office" for purposes of **search engine optimization (SEO)** about which the plaintiff learned from the late self-proclaimed billionaire and philanthropist **Beryl Wolk of Jenkintown, Pennsylvania** known for a A Better World and **The Goodway Group** and self-proclaimed founder of the infomercial with whom the plaintiff entered into a non-exclusive joint venture in 2010 along with Shane Wlliams purportedly of E1 or Koch Entertainment as a former subsidiary of EMI major record label which has now been acquired and/or merged with another of the three major record labels (Universal, Sony, Warner Music Group (WMG))

3.) Furthermore, the plaintiff filed IC3 complaints about the YouTube search engine and the song **"Name" by Goo Goo Dolls** involving an image on YouTube which is trying to be cute and innocent but perhaps inappropriate.

4.) In addition, the plaintiff filed an IC3 website complaint about someone named **"Anastasia" on the website d/b/a Amour Feel** who may have been artificial intelligence (AI) and asked the plaintiff an extremely inappropriate question which was also reported to FBI employee over the phone on the national hotline with option 6.

5.) The common denominator regarding all of these IC3 complaints is that they involve algorithms and/or artificial intelligence (AI) trying to control and/or make suggestions for human behavior on the internet just like the movie "The Matrix" starring **Keanu Reeves as "Neo" and Lawrence Fishburne as "Morpheus."**

6.) Some intellectuals refer to this phenomenon as a technological singularity and/or uncanny valley of artificial intelligence (AI) when the intelligence of AI surpasses that of human whereby in the movie "The Matrix" the AI was utilizing human beings as batteries after the sun as a yellow dwarf star had been blocked by human pollution and the AI (with sentient beings as well) began growing humans and providing them intravenously with the liquified remains of other human beings.

7.) Accordingly, as Morpheus explained to Neo, the "Matrix" was a computer program designed by AI and sentient beings to confuse human beings and to distract them from the reality that they were being grown and harvested as energy for AI after the Sun had been blocked as a yellow dwarf star.

1.) These weblinks from Facebook prove that the plaintiff's father Ronald Cephas Emrit won many awards from the **Nuclear Regulatory Commission (NRC) off of Rockville Pike in Rockville, Maryland** for his work and service in the early 1990's.

https://www.facebook.com/photo.php?fbid=815702544258688&set=pb.100074568485970.-2207520000&type=3

https://www.facebook.com/photo.php?fbid=815702064258736&set=pb.100074568485970.-2207520000&type=3

https://www.facebook.com/photo.php?fbid=815702180925391&set=pb.100074568485970.-2207520000&type=3

2.) These weblinks from Facebook prove that the plaintiff won an **NAACP scholarship in the early 1990's** and the plaintiff also won 2nd place in the Washington, DC science fair from the **National Institute of Arthritis and Musculoskeletal Diseases (NIAMS)** under the National Institutes of Health (NIH)

https://www.facebook.com/photo/?fbid=815809540914655&set=pb.100074568485970.-2207520000

https://www.facebook.com/photo.php?fbid=815810200914589&set=pb.100074568485970.-2207520000&type=3

3.) These weblinks from Facebook prove that the plaintiff's father RCE played steel pan music for **Robert F. Kennedy, i.e. the father of the current HHS director**.

https://www.facebook.com/photo.php?fbid=815701670925442&set=pb.100074568485970.-2207520000&type=3

4.) Nevertheless, before the Big Bang, all four forces were unified in a parallel universe perhaps in a white hole involving an extra 6 ir 7 spatial dimensions in addition to **Minkowski spacetime** (3 spatial dimensions and one time dimension).

1.) After the BIg Bang, all four forces were separated as in **gravitational, strong** (fusion), **weak** (fission), and **electromagnetic force**.

2.) When the universe was first cooling down, the electrons were being captured by the nuclei and released the **cosmic microwave background radiation (CMBR)**.

3.) At first the universe was opaque to this cosmic microwave background radiation, but then the universe became transparent to this cosmic microwave background radiation when the atoms being neutral in terms of electronegativity.

4.) The cosmic microwave background radiation was discovered in 1965 at Bell Laboratories in Homedell, New Jersey by both **Arno Penzias (AP) and Robert Wilson (RW)** who were both awarded the Nobel prize for their discovery which they first thought were pigeon droppings.

5.) This year in 2025, the plaintiff has been trying to obtain a **design patent or utility patent** for three groundbreaking and novel ideas related to quantum mechanics, astrophysics, special relativity, and general relativity and to a lesser extent, biomedical engineering and electrical engineering.

6.) The first idea is that black holes are connected to white holes by wormholes or **Einstein-Roden bridges**.

7.) The second idea is that all four forces are unified at the gravitational singularity if the supermassive black hole in the region of Sagittarius A* at the **active galactic nucleus (AGN) of the Milky Way Galaxy** which is a barred spiral galaxy in the Local Group (LG) along with Andromeda (Messier 31), Large Magellanic Cloud (LMC), Small Magellanic Cloud (SMC) which are irregular dwarf galaxies in the Hubble Sequence and/or Galaxy Morphological Scheme.

8.) The third idea is that the combination of black holes, white holes, and wormholes is shaped like a **Calabi-Yau Manifold** involving an extra 6 or 7 spatial dimensions in addition to Minkowski spacetime (3 spatial dimensions and one time dimension)

## II.) PARTIES TO THIS LITIGATION

9.) The plaintiff is an indigent, disabled, and unemployed resident of the state of Nevada and Maryland. His current mailing address is 5108 Cornelias Prospect Drive, Bowie, Maryland 20720. His cell phone number is currently (703)936-3043 and his primary email address is einsteinrockstar2@outlook.com.

10.) The first defendant is Wikipedia Search Engine,

11.) The second defendant is Wikimedia,

12.) The third defendant is Google Search Engine Artificial Intelligence

13.) (AI)/Algorithm,

14.) The fourth defendant is ChatGPT,

15.) The fifth defendant is OpenAI,
16.) The sixth defendant is Nvidia,
17.) The seventh defendant is YouTube Search Engine,
18.) The eighth defendant is NASDAQ,
19.) New York Stock Exchange (NYSE),
20.) Standard & Poor's 500 (S&P 500),
21.) Dow Jones Industrial Average (DJIA)

## III.) JURISDICTION AND VENUE

22.) According to **Federal Rules of Civil Procedure 8(a)(1)**, Plaintiff is required to provide "a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support;"

23.) Because the court does not already have personal or subject matter jurisdiction over this issue, it is necessary to engage in a brief discussion of the court's jurisdiction so that the defendants can not move to dismiss this case based on procedural grounds involving a lack of proper jurisdiction.

24.) Pursuant to **28 U.S.C.A. Section 1332**, the U.S. District Court for the District of New Jersey (as an Article III court) has jurisdiction over this matter because there is complete diversity of jurisdiction between the Plaintiff and the four defendants given that the plaintiff lives in Sarasota, Florida and no longer in Fort Worth, Texas.

25.) As an **Article III court**, the U.S. District Court for the District of New Jersey also has subject matter jurisdiction over the present case at bar because this proceeding involves a discussion of Title VII of the Civil Rights Act of 1964, Americans with Disabilities Act of 1990, Equal Protection Clause, Due Process Clause, Fourth Amendment, and Privileges and Immunities Clause.

26.) Therefore, a federal question is presented by the implication of the black-letter law of the aforementioned federal statutes in addition to the discussion of Constitutional Law provisions.

27.) Venue in this jurisdiction is also proper pursuant to 28 U.S.C.A. Sections 1391 and 1400.

28.) Because the amount in controversy does not exceeds $75,000 (i.e. $0 is less than $75,000), this court does not have jurisdiction based on the amount in controversy.

## IV.) STATEMENT OF FACTS

29.) The movie "1967" by AJ Rose was advertised on Spectrum Internet in Sarasota, Florida as the Internet Service Provider (ISP) whereby a narrator on **Turner Classic Movies (TCM)** referred to the movie.

30.) Accordingly, the plaintiff though that this movie was a funny movie by **Roman Polanski (RP)** who has same initials as Rodney Parks, Romani People (GYPSY) and Ronald Poppo and Reese's Pieces (RP).

31.) As it turns out, this movie "1967" was a short film that was also on the **IMDB website**.

32.) Because the plaintiff is a supporter of President Donald J. Trump and is a Presidential Candidate with the number of **P60005535** provided by the Federal Election Commission (FEC) on Constitution Avenue in Washington, DC, he argues that he has standing, causation, and redressability to bring this lawsuit as an ardent and avid Trump supporter.

33.) About ten years ago, the plaintiff heard Erin Burnett of CNN refer to Riley Curry as the daughter of Steph and Ayeshia Curry as being "annoying."

34.) When a ***white women who is a journalist refers to a black girl as being annoying*** , that can be viewed as being a racist comment like Don Imus refer to black basketball players as being "nappy-headed."

35.) While the **Federal Communications Commission (FCC) and CNN overlooked this racist comment by Erin Burnett of CNN** and decided not to apologize or change their programming, the plaintiff argues that it is more effective to bring a lawsuit rather than complain to the FCC or CNN neither of which control the federal judiciary.

36.) The statute of limitations probably ran out regarding any ability to complain about comments made ten years ago referring to Riley Curry as annoying, and so **the statute of limitations could be raised as an affirmative defense**.

37.) However, even after making these controversial comments about ten years ago, now it appears as if Erin Burnett of CNN is defaming both

President William Jefferson Clinton and Donald John Trump by insinuating that the both of them are on a client list maintained by either Jeffrey Epstein or Ghislain Maxwell.

38.) The defendant Erin Burnett of CNN apparently interviews the Ukrainian president Volodymy Zelneskyy without realizing that **Riley Curry as a black American woman is more important to America and Americans than the Ukrainian president**.

39.) Regarding a separate **transaction or occurrence (t/o)**, the plaintiff was in communication with someone named Maria Cherniavska who deactivated her Whatsapp account earlier this year.

40.) Back in the year 2022, the plaintiff sent about 300 Euros through a company d/b/a WISE to the **International Banking Account Number (IBAN)** of Maria Cherniavska in a **SWIFT transaction** so that the Ukrainian military could transport her from Kharkiv, Ukraine to Warsaw, Poland.

41.) Also in the year 2022, the plaintiff began communicating with Darya Ignateva of Kyiv, Ukraine who apparently refers to herself as a dentist but could perhaps be **artificial intelligence (AI)**.

42.) Nevertheless, the plaintiff argues that the first defendant Erin Burnett of CNN spends way too much time covering stories about Alexei Navalny and Volodymyr Zelenskyy when CNN should be focused on stories featuring African-Americans.

## V.) COUNT ONE: DEFAMATION (LIBEL AND SLANDER)

43.) The defendants Erin Burnett has defamed both Presidents William Jefferson Clinton and Donald J. Trump by insinuating that the both of them are on a client list provided by either Jeffrey Epstein or his accomplice Ghislain Maxwell.

44.) Defamation can be committed both in the form of spoken word (slander) or written word (libel).

45.) The standard has traditionally been a "knowing falsity and reckless disregard for the truth" from the stare decisis and/or common law holdings of ***New York Times v. Sullivan*** and ***Hustler v. Falwell***.

46.) As such, the standard to prove a case for defamation involves the standard of actual malice for public figures whereby politicians and journalists are both public figures in the 24-hour news cycle and not merely limited public figures which has a lower standard or burden of proof and/or persuasion from the plaintiff's side.

47.) The landmark case known as the "Pentagon Papers Case", i.e. ***New York Times v. United States*** involved the concept of prior restraint as an injunction precluding and/or enjoying the publications from exercising their freedom of the press of freedom of speech in terms of stories about the Vietnam War.

48.) This involved the concept of an equitable remedy as opposed to punitive, compensatory, and/or treble damages.

## VI.) COUNT TWO: INVASION OF PRIVACY THROUGH FALSE LIGHT

49.) The defendant Erin Burnett of CNN has committed the tort of the invasion of privacy through false light by insinuating that both Presidents William Jefferson Clinton and Donald J. Trump are on the client list provided by either Jeffrey Epstein or Ghislain Maxwell.

50.) The tort of the invasion of privacy through false light is substantially similar to that of the dignitary tort of defamation which could be slander per se, slander per quod, libel per se, or libel per quod.

51.) The freedom of speech regarding some of these ideas was involved in cases in the early 1900s such as ***Abrams v. United States, Dennis v. United States, Gitlow v. New York, Chaplinsky v. New Hampshire*** in which many of these cases involved the Alien and Sedition Acts, Espionage Act of 1917, and/or The Smith Act especially involving the presidency of Woodrow Wilson during World War I who was awarded the Nobel Peace Prize and known for his Fourteen Points.

## VII.) COUNT THREE: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS (IIED)

52.) The defendant Erin Burnett of CNN has committed extreme and outrageous conduct by insinuating that both Presidents William Jefferson Clinton and Donald J. Trump are on this client list provided by either Jeffrey Epstein o Ghislain Maxwell.

53.) The plaintiff argues that all supporters of Donald J. Trump are negatively affected in terms of the media's relentless and nonstop coverage of this defamatory publications about both Jeffrey Epstein and Ghislain Maxwell.

54.) As such, perhaps the doctrine of transferred intent would be an appropriate argument to establish that supporters of Donald J.Ttrump and William Jefferson Clinton would have standing, causation, and redressability to bring a case that they have also been negatively affected by the media's relentless defamation of their hero President Donald. J. Trump.

55.) The defendant Maria Cherniavska of Warsaw, Poland has committed the intentional infliction of emotional distress IIED by deactivating her Whatsapp account without informing the plaintiff.

## VI.) PRAYER FOR RELIEF

WHEREFORE, the plaintiff is not any seeking punitive, compensatory, and treble damages through joint and several liability whereby the defendants would presumably seek contribution and indemnity from each other through the filing of cross-claims. The plaintiff is also seeking the equitable remedy of an injunction and/or declaratory judgment. In asserting this "prayer for relief," the plaintiff states, avers, and alleges the following:

A.) Pursuant to **Rule 57 of Federal Rules of Civil Procedure (FRCP)**, the plaintiff is seeking a declaratory judgment declaring that the comments by Erin

Burnett and CNN through vicarious liability and/or doctrine of respondeat superior are defamatory, libelous, and slanderous towards President Donald J. trump as the plaintiff is a supporter of President Donald J Trump.

B.) Pursuant to **Rule 65 of Federal Rules of Civil Procedure (FRCP)**, the plaintiff is seeking a preliminary injunction precluding and/or enjoining CNN or any of its employees from defaming President Donald J. Trump with false, libelous, or slanderous material.

C.) Since the plaintiff is not seeking punitive, compensatory, or treble damages for the commission of the dignitary tory of defamation (libel and/or slander), the plaintiff is also seeking an injunction requiring that CNN apologize for the racist and condescending comments towards Riley Curry as the daughter of Steph and Ayeshia Curry.

D.) If the issue of venue and/or forum non conveniens is relevant, the plaintiff respectfully requests that this case not be transferred to USA District Court of Maryland pursuant to **28 U.S.C. Section 1406** to have this case presided over by the "Abrego Garcia judges" who have been on the wrong side of due process and habeas corpus rights in which USA Supreme Court at One First Street, NE Washington, DC 20543 said that the return of Abrego Garcia must eb facilitated by the current administration.

Respectfully submitted,

Ronald Satish Emrit

6655 38th Lane East

Sarasota, Florida 34243

(703)936-3043

einsteinrockstar@hotmail.com

einsteinrockstar2@outlook.com